AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X  Patents or  ___ Trademarks:

| DOCKET NO.<br>09cv1002 | DATE FILED<br>12/30/2009 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Nokia Corporation | | DEFENDANT<br><br>Apple Inc. |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,714,091 B2 | 03/30/2004 | Nokia Mobile Phones Limited |
| 2 | 6,834,181 B2 | 12/21/2004 | Nokia Corporation |
| 3 | 6,895,256 B2 | 05/17/2005 | Nokia Mobile Phones Ltd. |
| 4 | 6,518,957 B1 | 02/11/2003 | Nokia Mobile Phones Limited |
| | 6,073,036 | 06/06/2000 | Nokia Mobile Phone Limited |
| | 6,262,735 B1 | 07/17/2001 | Nokia Mobile Phones Ltd. |
| | 6,924,789 B2 | 08/02/2005 | Nokia Corporation |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| | | |
| | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br><br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br><br>12/30/2009 |
|---|---|---|

AO 120 (Rev. 3/04)

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**